37 A.3d 508

WILLIAM COLEMAN, PLAINTIFF–PETITIONER, v. OFFICER
RAMON L. CAMACHO, DEFENDANT–RESPONDENT.

February 27, 2012.

Denied.